**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


GWENDOLYN S. BRYANT,

        Plaintiff,

vs.                            CASE NO. 5:09mc07/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

        Defendant.
_____/

## <u>ORDER</u>

    Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 22).  No objections have been filed.

    **IT IS ORDERED**:

1.    The Magistrate Judge's Order, Report and Recommendation is approved and incorporated in this Order.

2.    Plaintiff's Second Amended Petition For Attorney's Fee Under The Equal Access To Justice Act (Doc. 17) is granted.  Plaintiff's counsel, David E. Evans, is entitled to recover fees in the amount of $2,775.00 for representing Plaintiff before the U.S. District Court for the Northern District of Florida pursuant to 28 U.S.C. §2412 (EAJA).  The amount of attorney's fees and hourly rates awarded under the EAJA are reasonable, and the Commissioner is directed to pay counsel that amount.

**ORDERED** on December 21, 2010.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**